IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA

VS.                                          CASE NO. 11-90010-M-01

JESSICA S FISHER
JUNCTION CITY, KS

INFORMATION

The United States Attorney charges that:

On or about November 10, 2010, at Fort Riley, Kansas, a federal military installation within the exclusive jurisdiction of the United States, in the District of Kansas, JESSICA S FISHER did unlawfully operate a vehicle not equipped with an ignition interlock device during the restricted period, in violation of Title 18, United States Code, Section 13, and K.S.A. 8-1017. (CIRCUMVENTION OF INGNITION INTERLOCK DEVICE) (Class A Misdemeanor)

BARRY R. GRISSOM
United States Attorney

ANNEMARIE VAZQUEZ
Special Assistant U.S. Attorney

The court has reviewed the documentation attached hereto, and finds probable cause for the issuance of a warrant or summons if required.

Filed

HON K. GARY SEBELIUS
U.S. Magistrate Judge