# U.S. DISTRICT COURT
## FOR THE DISTRICT OF KANSAS
### FORT RILEY, KANSAS

UNITED STATE OF AMERICA,
                    Plaintiff

                    vs.                              Case Number:  11-90010-M-01

JESSICA S FISHER
                    Defendant

## ORDER APPOINTING COUNSEL

The Defendant, under oath, has sworn or affirmed as to their financial inability to employ counsel.

Offense(s):  INGNITION INTERLOCK TAMPERING

Appointed:  FEDERAL PUBLIC DEFENDER

Dated this _____17ᵗʰ_____ day of _November, 2011_____.

_____
UNITED STATES MAGISTRATE JUDGE