IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA

VS.

CASE NO. 11-90010-M-01

JESSICA S. FISHER

## MOTION

Plaintiff, the United States of America, by and through ANNEMARIE VAZQUEZ, Special Assistant United States Attorney, for the District of Kansas, and the defendant, JESSICA S. FISHER, and through her attorney, SYOVATA EDARI, jointly move the court for an order approving deferred prosecution, as contemplated by 18 U.S.C. 3161 (h) (2), during the period ending on the **January 5, 2012**. In support of this motion, parties state that on the **January 5, 2013** an Agreement for Pretrial Diversion was executed by the parties, in which the United States agreed to defer prosecution of the offenses charged in the Information for a period of **12** months from the date of this agreement, and the defendant voluntarily, and with the advice of her/his counsel, consented to such deferred prosecution and waived any defense to prosecution on the grounds that a speedy trial had been denied.


_____
ANNEMARIE VAZQUEZ
Special Assistant U.S. Attorney

_____
SYOVATA EDARI
Attorney for Defendant