IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA

VS.                                              CASE NO: 11-90010-M-01

JESSICA S. FISHER

## MOTION TO DISMISS

The United States of America, by and through ANNEMARIE VAZQUEZ Special Assistant United States Attorney, for the District of Kansas, hereby moves this court to dismiss the above captioned case with prejudice towards its re-filing.

ANNEMARIE VAZQUEZ
Special Assistant U.S. Attorney