IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA

VS.                                                    CASE NO: 11-90010-M-01

JESSICA S. FISHER

## ORDER

NOW, on this March 1, 2012, this matter comes on upon the motion of Counsel for the Government for an order dismissing the above captioned case with prejudice.

The Court after being fully advised that the Government wishes to close the case that said motion should be and that same is hereby granted.

IT IS THEREFORE ORDERED that the above captioned case be dismissed with prejudice.

_____
HONORABLE GARY SEBELIUS
U.S. Magistrate Judge

APPROVED:

BARRY R. GRISSOM
United States Attorney

By: _____
ANNEMARIE VAZQUEZ
Special Assistant U.S. Attorney